UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

MICHAEL TODD PRATHER )
)
v. ) NO. 2:11-CV-175
) *Mattice/Lee*
HAMBLEN COUNTY DETENTION )
CENTER, *et al.* )

## MEMORANDUM

This prisoner's *pro se* civil rights complaint under 42 U.S.C. § 1983 is before the Court upon the postal return of correspondence sent to plaintiff, at the address he listed as his current address in the complaint, [Doc. 4). The correspondence was returned by the postal authorities more than two months ago, i.e., on June 24, 2013, with the face of the envelope marked, "Return to Sender, Inmate Not Here." Obviously, plaintiff has failed to keep the Court apprised as to his correct address and, without it, neither the Court nor defendants can communicate with him regarding his case.

Therefore, this action will be **DISMISSED** by separate order for plaintiff's failure to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

**ENTER:**

           */s/Harry S. Mattice, Jr.*
           HARRY S. MATTICE, JR.
           UNITED STATES DISTRICT JUDGE